**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>      Defendant - Appellee. | No. 15-35574<br><br>D.C. No. 2:14-cv-01555-RSM<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: HAWKINS, WATFORD, and HURWITZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties). Consequently, this appeal is dismissed for lack of jurisdiction.

The motion to proceed in forma pauperis is denied as moot.

**DISMISSED.**

DA/Pro Se